IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CB3005 |
| vs. | ORDER |
| REDELIA FORD, | |
| Defendant. | |

Upon the Motion of the Government, violation 1753042 is dismissed.

IT IS SO ORDERED this 3rd day of June, 2016.

*(signature)*
CHERYL R. ZWART
United States Magistrate Judge